IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| EDUARDO CASTELAN-PRADO | : | NO. 21-274 |

ORDER

AND NOW, this 2nd day of June, 2022, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that the motion of defendant Eduardo Castelan-Prado to sever his case from co-defendant (Doc. # 30) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
_____
J.