IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| EDUARDO CASTELAN-PRADO | : | NO. 21-274-1 |

<u>ORDER</u>

AND NOW, on this 26th day of June, 2025, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that:

(1) The pro se motion of defendant Eduardo Castelan-Prado to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255 (Doc. # 130) is DENIED without an evidentiary hearing; and

(2) No certificate of appealability shall issue.

BY THE COURT:

/s/  Harvey Bartle III
　　　　　　　　　　　　J.